OPINION — AG — **** FELONS — WEAPONS — OWNERSHIP **** A DEFENDANT, AFTER BEING CONVICTED OF THE CRIME OF CARRYING A CONCEALED WEAPON, TO-WIT: A PISTOL, DOES NOT RELINQUISH OWNERSHIP OF SAID WEAPON, AND A DISTRICT JUDGE HAS AUTHORITY UPON PROPER APPLICATION TO ORDER THE RETURN OF SAID WEAPON TO SAID DEFENDANT, OWNER. CITE: 22 O.S. 1961 206 [22-206], 22 O.S. 1961 1326 [22-1326], 22 O.S. 1961 1241 [22-1241] [22-1241] ROBERT D. MCDONALD